IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LEONARD L. JOHNSON                                                       PETITIONER

V.                              NO. 2:05CV00265 JMM/JFF

LINDA SANDERS, Warden,                                                   RESPONDENT
FCI - Forrest City

## ORDER OF DISMISSAL

On October 24, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court. In his petition, he stated that the petition concerns "6 months Halfway house." However, he did not allege any grounds for relief nor any facts in support of his petition. On October 26, 2005, the Court entered an order directing the Petitioner to file, by November 25, 2005, an amended habeas petition stating (1) all grounds for relief he wishes to raise and (2) facts supporting each ground. The Court informed him that failure to comply with the order would result in dismissal of his habeas petition without prejudice. Petitioner has not complied with the Court's order. Pursuant to Rule 5.5(c)(2) of the Local Rules of the Court, the Court dismisses Petitioner's habeas corpus petition without prejudice.

IT IS SO ORDERED this 14th day of December, 2005.

*James M. Moody*
UNITED STATES DISTRICT JUDGE