IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LEONARD L. JOHNSON                                          PETITIONER

V.                     NO. 2:05CV00265 JMM/JFF

LINDA SANDERS, Warden,                               RESPONDENT
FCI - Forrest City

## **JUDGMENT**

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

IT IS SO ADJUDGED this 14th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE